DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| DULZURA BORINCANA, INC.<br><br>*Plaintiff(s)*<br>v.<br><br>JUAN CARLOS AVILES; JANE DOE; CONJU<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  16-CV-2604 JAG<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mr. Juan Carlos Avilés, personally and on behalf of the Conjugal Partnership composed with Jane Doe

Centro Gran Caribe Mall, Vega Alta, PR, 00692

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Samuel F. Pamias-Portalatin
> Hoglund & Pamias, P.S.C. Eleanor Roosevelt,
>   San Juan, PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 09/09/2016

s/Ana E. Durán-Capella

*Signature of Clerk or Deputy Clerk*